### C. E. HALL v. THE STATE.

No. 7424. Decided February 14, 1923.

**Manufacturing Intoxicating Liquor—Sufficiency of the Evidence.**
    Where, upon trial of unlawfully manufacturing intoxicating liquor, the evidence sustains the conviction, there is no reversible error.

Appeal from the Criminal District Court of Tarrant. Tried below before the Honorable George E. Hosey.

Appeal from a conviction of unlawfully manufacturing intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction is for the unlawful manufacture of intoxicating liquor. Punishment, one year in the penitentiary.

There are no bills of exception in the record. The officers found in a small garage on appellant's premises a still which was so hot it was necessary for them to use sacks to protect their hands while dismantling it. Mash and whisky were also found as well as two one hundred pound sacks of sugar. Appellant was in his residence when the officers reached the place. They took him with them to the garage, and as he entered he picked up some instrument and broke one of the receptacles containing whisky.

The evidence amply warrants the conviction.

The judgment is ordered affirmed.

*Affirmed.*